UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61716-CIV-MIDDLEBROOKS/JOHNSON

SHARON A. CAMPBELL,
Plaintiff,

v.

JAMES A. WEST, P.C.,
Defendant.
_____/

## FINAL JUDGMENT

This Cause comes before the Court on Plaintiff's Motion for Entry of Final Judgment ("Motion") (DE 15), filed on September 14, 2011. On August 2, 2011, Plaintiff filed her Complaint against Defendant, which alleges the following: (1) Defendant failed to disclose its status as a debt collector in violation of 15 U.S.C. § 1692e(11) of the Fair Debt Collection Practices Act ("FDCPA") ("Count One") (*See* DE 1 at 3-4); (2) Defendant failed to make a meaningful disclosure of its identity as a debt collector in violation of 15 U.S.C. § 1692d(6) of FDCPA ("Count Two") (*Id.* at 4); and (3) Defendant placed non-emergency telephone calls to Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227(b)(1)(A)(iii), a provision of the Telephone Consumer Protection Act ("TCPA") ("Count Three") (*Id.* at 4-5).

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant sent Plaintiff an Offer of Judgment. (*See* DE 14-Attachment 1 at 2-3); Fed. R. Civ. P. 68. In the instant Motion, Plaintiff informs the Court that she accepted Defendant's Offer of Judgment and requests the Court file an Entry of Final Judgment. (*See* DE 15 ¶¶ 2-3).

After reviewing Defendant's Offer of Judgment, Plaintiff's Motion, and the record, it is hereby

**ORDERED AND ADJUDGED** that:

1. A Final Judgment shall be entered against Defendant for **$1,000.00** with respect to Count One and Count Two of Plaintiff's Complaint;

2. Interest shall accrue on the judgment amount pursuant to the rules set forth in 28 U.S.C. § 1961;

3. Defendant shall *only* pay Plaintiff's reasonable attorneys fees and costs arising from Count One and Count Two of Plaintiff's Complaint;

4. Defendant denies any wrongdoing or violation of federal or state laws; however, for the purposes of settlement and resolution of Plaintiff's FDCPA claims, Count One and Count Two, Defendant admits liability;

5. This Court reserves jurisdiction on the matter of Plaintiff's attorneys fees and costs;

6. Count Three of Plaintiff's Complaint, Plaintiff's TCPA claim, is **DISMISSED WITHOUT PREJUDICE**; and

7. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, FL, this 7 day of October, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record